No. 693. ZAKUTANSKY ET AL. *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. *Bernard H. Sokol* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin, Joseph M. Howard,* and *John M. Brant* for the United States et al.

No. 695. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION No. 5 *v.* UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 3d Cir. Certiorari denied. *Loyal H. Gregg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Pollak,* and *Russell Specter* for respondent.

No. 696. CITY OF MIAMI BEACH *v.* KUGEL ET UX. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Raphael Steinhardt* for petitioner. *Martin Greenbaum* for respondents.

No. 697. ROMERO ET UX. *v.* TEN EYCK-SHAW, INC. C. A. 9th Cir. Certiorari denied. *Alfred C. Marquez* for petitioners. *Madison B. Graves* for respondent.

No. 700. HUNT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Luther E. Jones, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 702. SAMUELS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Ben F. Foster* and *Gordon G. Hawn* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Joseph M. Howard* for the United States.